# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

SHERRON LITTLE,

    Plaintiff,

v.                                                                                    Civ. No. 19-410 WJ/GBW

ALLSTATE INSURANCE COMPANY,

    Defendant.

## ORDER TO SHOW CAUSE

THIS MATTER comes before the Court *sua sponte*. The Court entered an initial Order to File Closing Documents on October 17, 2019, after being informed that the parties had reached a settlement in this case. *Doc. 22*. The order required "that closing documents be filed by Plaintiff no later than November 15, 2019, absent a request showing good cause for an extension." *Id*. As of the date of this order, Plaintiff has neither filed closing documents nor sought an extension.

Wherefore, IT IS THEREFORE ORDERED that Plaintiff, within 14 days, file closing documents or show cause in writing why Plaintiff should not be sanctioned for violation of the Court's order.

_____
GREGORY B. WORMUTH
UNITED STATES MAGISTRATE JUDGE